LeGRANDE v. STATE

No. 215A96-13; Reassigned number 462P01-4

Case below: Stanly County Superior Court

Application by plaintiff pro se for writ of habeas corpus denied 19 July 2001.

McLAWHORN v. R.B.R. & S.T.

No. 294P01

Case below: 143 N.C. App. 347

Petition by third party defendant for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.

McNALLY v. ALLSTATE INS. CO.

No. 235P01

Case below: 142 N.C. App. 680

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 11 June 2001.

MOORE CTY. EX REL. EVANS v. BROWN

No. 249P01

Case below: 142 N.C. App. 692

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.

NATIONWIDE MUT. INS. CO. v. McCRARY

No. 323P01

Case below: 143 N.C. App. 185

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.